IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| TERESA E. ROMINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | Civil Action No. 6:05-CV-023-C |
| Defendant. | ) | ECF |

## ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed August 8, 2006 (Doc. 24). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g).

Upon remand, the ALJ should further develop the record as to the limitations imposed by Plaintiff's impairment in determining Plaintiff's residual functional capacity.

DATED this 28th day of August, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT